JOAN E. PEEBLES, Respondent, v ROBERT M. PEEBLES, JR., et al., Respondents, et al., Defendants, and DAVID PEEBLES, Appellant.

Submitted June 25, 2007; decided September 6, 2007

Reported below, 40 AD3d 1388.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REUBEN AVENT, Appellant.

Submitted August 13, 2007; decided September 6, 2007

Reported below, 29 AD3d 601.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRETT CABRERA, Appellant.

Submitted July 16, 2007; decided September 6, 2007

Reported below, 40 AD3d 1139.

Motion for assignment of counsel granted and Gerald Orseck, Esq., 1924 State Route 52, Liberty, New York 12754 assigned as counsel to the appellant on the appeal herein.